## Commonwealth *v.* Glasshofer, Appellant.

 Before BAR-BIERI, J. 

 Submitted December 9, 1968. *Melvin Dildine*, Assistant Defender, *Vincent J. Ziccardi*, First Assistant Defender, and *Herman I. Pollock*, Defender, for appellant; *Fortunata Giudice* and *James D. Crawford*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.